1    HOWARD SLAVITT (CA SBN 172840) has@cpdb.com
     RACHEL COHEN (CA SBN 218929) rgc@cpdb.com
2    COBLENTZ, PATCH, DUFFY & BASS LLP
     One Ferry Street, Suite 200
3    San Francisco, CA 94111
4    Tel. 415.391.4800 / Fax 415.989.1663

5    ROBERT RUBIN (CA SBN 85084) rrubin@lccr.com
     PHILIP HWANG (CA SBN 185070) phwang@lccr.com
6    LAWYERS' COMMITTEE FOR CIVIL RIGHTS
     131 Steuart Street, Suite 400
7    San Francisco, CA  94105
     Tel. 415.543.9444 / Fax 415.543.0296
8
9    JULIA HARUMI MASS (CA SBN 189649) jmass@aclunc.org
     ALAN L. SCHLOSSER (CA SBN 49957)
     aschlosser@aclunc.org
10   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
        OF NORTHERN CALIFORNIA
11   39 Drumm Street
     San Francisco, CA  94111
12   Tel. 415.621.2493 / Fax 415.255.8437

13
14   Attorneys for Plaintiff
     KEBIN REYES, a minor, by and through his
     father and guardian, NOE REYES
15
16            UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

              SAN FRANCISCO DIVISION
18

19

20   KEBIN REYES, a minor, by and through his father    Case No.
     and guardian NOE REYES,
21                                                       COMPLAINT FOR VIOLATIONS OF
                         Plaintiff,                      THE FOURTH AND FIFTH
22                                                       AMENDMENTS TO THE UNITED
                                                         STATES CONSTITUTION
23         v.
                                                         DEMAND FOR JURY TRIAL
24   NANCY ALCANTAR, San Francisco Field Office
     Director for Detention and Removal Services,
25   Immigration Customs Enforcement, in her
     individual capacity, and DOES 1 through 50
26   inclusive,

27                       Defendants.

28

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1    LUCAS GUTTENTAG (CA SBN 90208)
     lguttentag@aclu.org
2    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     IMMIGRANTS' RIGHTS PROJECT
3    39 Drumm Street
     San Francisco, CA  94111
4    Tel. 415.343.0770 / Fax 415.395.0950

5
     Attorneys for Plaintiff
6    KEBIN REYES, a minor, by and through his
     father and guardian, NOE REYES
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

10395.006.602905v3                                          Case No. _____
COMPLAINT FOR VIOLATIONS OF THE FOURTH AND FIFTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

Plaintiff KEBIN REYES, by and through his guardian *ad litem*, NOE REYES, alleges as follows:

## JURISDICTION

1.     Jurisdiction is conferred on this Court by 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(4), and 28 U.S.C. § 1367.

## VENUE

2.     Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391.

## INTRADISTRICT ASSIGNMENT

3.     Assignment to the San Francisco or Oakland Division of this Court is proper under Local Rule 3-2(d) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Marin County.

## THE PARTIES

4.     Plaintiff KEBIN REYES (also referred to hereinafter as "Kebin") is a United States citizen of Guatemalan descent. He is seven years old and resides within the Northern District of California. Pursuant to Federal Rule of Civil Procedure 17(c), Plaintiff brings this action by and through NOE REYES (also referred to hereinafter as "Mr. Reyes"), who is Plaintiff's father and also resides within the Northern District of California. Plaintiff, who is a minor, is not competent to bring this action on his own behalf. Mr. Reyes is willing and able to act as Plaintiff's guardian *ad litem* and will conduct this litigation at all times in Plaintiff's best interests.

5.     Defendant NANCY ALCANTAR is Field Office Director in San Francisco, California for Immigration and Customs Enforcement, Office of Detention and Removal Operations. At all relevant times, ALCANTAR was acting under color of federal law and is sued in her individual capacity.

6.     At all relevant times, Defendants DOES 1 through 50 (also referred to hereinafter as the "DOE defendants"), each of whom Plaintiff sues in his or her individual capacity, were agents, employees, or otherwise representatives of United States Immigration and Customs Enforcement (also referred to hereinafter as "ICE") or other federal agencies. At all relevant times, DOES 1 through 50 were acting under color of federal law. Plaintiff is informed and

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA  94111-4213
415.391.4800 · FAX 415.989.1663

1  believes and thereon alleges that that many, if not all, of DOES 1 through 50 are residents of the

2  Northern District of California.  Plaintiff is informed and believes and thereon alleges that DOES

3  1 through 50, inclusive, are legally responsible for the wrongs committed against Plaintiff, as

4  alleged herein.  When Plaintiff becomes aware of the true identities of one or more DOE

5  defendants, Plaintiff will amend his complaint to add or substitute them as named Defendants.

6        7.        Plaintiff is informed and believes and thereon alleges that each of the Defendants

7  caused, and is liable for the unconstitutional and unlawful conduct and resulting injuries, by,

8  among other things, personally participating in said conduct or acting jointly with others who did

9  so; by authorizing, acquiescing or setting in motion policies, plans or actions that led to the

10  unlawful conduct; by failing to take action to prevent the unlawful conduct; by failing or refusing

11  with deliberate indifference to maintain adequate training and supervision; and/or by ratifying the

12  unlawful conduct taken by employees under their direction and control.  Plaintiff is informed and

13  believes and thereon alleges that Defendants' actions were pursuant to a policy, custom, or usage

14  of ICE or other related federal agencies.

15                    **FACTS GIVING RISE TO THE CLAIMS**

16        8.        On March 6, 2007, Defendants seized Kebin, a United States citizen, and took him

17  into their custody, without lawful cause and without a warrant for his arrest, at his residence in San

18  Rafael, California.

19        9.        Defendants arrived at Kebin's residence in the early morning hours of March 6,

20  2007.  Armed and wearing clothes bearing the word "police," Defendants entered the residence

21  and demanded the immigration papers and passports of Kebin and his father.  Upon information

22  and belief, Defendants did not have lawful authorization or a valid warrant for entering the home.

23  Kebin's father provided Defendants with Kebin's U.S. passport, identifying Kebin as a United

24  States citizen.  Kebin's father truthfully answered the questions asked of him.

25        10.        Defendants informed Kebin's father that they were taking him into custody.

26  Despite being placed on notice that Kebin is a United States citizen, Defendants instructed his

27  father to waken Kebin because they were going to seize him as well.  Kebin's father requested

28  repeatedly that Defendants permit him to make a phone call to a family member living nearby who

**COMPLAINT FOR VIOLATIONS OF THE FOURTH AND FIFTH AMENDMENTS TO THE UNITED STATES CONSTITUTION**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1   could care for Kebin so that he would not be taken into forced custody.  But Defendants refused to

2   permit Kebin's father to make a phone call.  Defendants seized Kebin and his father.  Defendants

3   took Kebin and his father to an ICE office in San Francisco and held them there against their will.

4        11.     At the ICE office, Kebin's father again requested to make a phone call to arrange

5   for Kebin's care, but Defendants did not allow him to make a phone call.  Defendants told Kebin

6   that he would only need to stay at the ICE office for an hour or two.  Instead, they held him in a

7   locked room all day against his will.  Kebin thought he was in jail.  Defendants refused to give

8   Kebin any food, other than bread and water.  Kebin was hungry and crying.  He did not know

9   when he would be free to leave.

10       12.     That afternoon, a family member and family friend who had learned about the

11  incident from others in the neighborhood, came to the ICE office to seek Kebin's release and to

12  bring Kebin home.  Defendants forced Kebin to remain in custody, without cause, for several more

13  hours, until evening, before they released him.

14       13.     As a direct and proximate result of Defendants' conduct, Kebin has been harmed.

15  His harm includes but is not limited to:

16            (a)     being detained, arrested or seized and being detained and held for a period

17  of approximately 12 hours;

18            (b)     being deprived of food, other than bread and water, for a period of

19  approximately 12 hours;

20            (c)     being denied the opportunity to make a phone call or to have one made for

21  him to arrange for his care;

22            (d)     pain and suffering; and

23            (e)     being subject to intimidation and inflicted with emotional and mental

24  distress.

25       14.     Plaintiff is informed and believes and thereon alleges that the above-described acts

26  of Defendants were done knowingly, intentionally, maliciously, with deliberate, reckless or

27  callous indifference to Plaintiff's security, freedom, and civil and constitutional rights, or with

28  intent to injure, harass, and oppress Plaintiff.  Accordingly, Plaintiff is entitled to an award of

1  punitive damages against Defendants.

2  **FIRST CLAIM FOR RELIEF**

3  **(Violation of Fourth Amendment and Title 8 United States Code Section 1357)**

4  **(Against All Defendants)**

5  15.      Plaintiff hereby incorporates paragraphs 1 through 14 above and each allegation

6  therein as though fully set forth herein.

7  16.      The Fourth Amendment to the United States Constitution provides that each person

8  has the right to be secure in his or her person, houses, papers, and effects, against unreasonable

9  searches and seizures.

10  17.      By committing the above-described acts, Defendants violated Plaintiff's rights

11  under the Fourth Amendment to the United States Constitution.

12  18.      The conduct of Defendants violated clearly established constitutional or other

13  rights of which Defendants knew, or of which a reasonable public official should have known.

14  Defendants exceeded their authority to make detentions, seizures and arrests, including the

15  limitations set forth in Title 8 United States Code Section 1357.

16  19.      Plaintiff has no effective administrative mechanism or other remedy at law by

17  which to seek the proper measure of damages for these constitutional wrongs.

18  **SECOND CLAIM FOR RELIEF**

19  **(Violation of Fifth Amendment)**

20  **(Against All Defendants)**

21  20.      Plaintiff refers to and incorporates paragraphs 1 through 19 as though fully set forth

22  herein.

23  21.      The Fifth Amendment to the United States Constitution requires that no person

24  shall be deprived of life, liberty or property without due process of law.

25  22.      By committing the above-described acts, Defendants violated Plaintiff's rights

26  under the substantive due process and/or procedural due process clauses of the Fifth Amendment

27  to the United States Constitution.

28  23.      The conduct of Defendants violated clearly established constitutional or other

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1   rights of which defendants knew, or of which a reasonable public official should have known.

2        24.      Plaintiff has no effective administrative mechanism or other remedy at law by

3   which to seek the proper measure of damages for these constitutional wrongs.

4                        **ADDITIONAL CLAIMS FOR RELIEF**

5        25.      In addition to filing this Complaint, Plaintiff is presenting a claim pursuant to the

6   Federal Tort Claims Act seeking relief from the United States of America.  If the claim is denied,

7   Plaintiff will amend this Complaint to seek monetary damages from the United States of America

8   for various torts committed.

9                                **PRAYER**

10       Plaintiff prays that judgment be entered in his favor and the following relief be granted

11  against each and every Defendant:

12       1.      Actual and compensatory damages in an amount to be determined;

13       2.      Punitive or exemplary damages against Defendants Alcantar and DOES 1-50 to the

14  extent permitted by law;

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

3.      Attorneys' fees and costs of suit, pursuant to all applicable statutory, common law, or constitutional provisions; and

4.      Such relief as the Court may deem just and proper.

Dated: April 26, 2007                    COBLENTZ, PATCH, DUFFY & BASS LLP


By: _____
                    Howard A. Slavitt

Attorneys for Plaintiff
KEBIN REYES, a minor, by and through his
father and guardian, NOE REYES

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable to the full extent permitted by law.

Dated: April 26, 2007

COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____

Howard A. Slavitt

Attorneys for Plaintiff
KEBIN REYES, a minor, by and through his
father and guardian, NOE REYES

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

10395.006.602905v3

7

Case No. _____

COMPLAINT FOR VIOLATIONS OF THE FOURTH AND FIFTH AMENDMENTS TO THE UNITED STATES CONSTITUTION