**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kebin Reyes,** | No. C07-2271 EMC |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| **Nancy Alcantar,** | |
| Defendant. | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: April 27, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge