HOWARD A. SLAVITT (State Bar No. 172840) ef-has@cpdb.com,
KATHERINE C. ZARATE (State Bar No. 214922) ef-kcz@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Tel. 415-391-4800 / Fax 415-989-1663

ROBERT RUBIN (CA SBN 85084) rrubin@lccr.com
PHILIP HWANG (CA SBN 185070) phwang@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel. 415-543-9444 / Fax 415-543-0296

JULIA HARUMI MASS (CA SBN 189649) jmass@aclunc.org
ALAN L. SCHLOSSER (CA SBN 49957) aschlosser@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel. 415-621-2493 / Fax 415-225-8437

LUCAS GUTTENTAG (CA SBN 90208) lguttentag@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel. 415-343-0770 / Fax 415-395-0950

Attorneys for KEBIN REYES, a minor, by and through his father and guardian, NOE REYES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEBIN REYES, a minor, by and through his father and guardian NOE REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY ALCANTAR, San Francisco Field Office Director for Detention and Removal Services, Immigration Customs Enforcement, in her individual capacity; JOHN P. MARTINEZ, in his individual capacity; GREGORY J. WILLIAMS in his individual capacity; UNITED STATES OF AMERICA, and DOES 3 through 50 inclusive,<br><br>    Defendant. | Case No. C07-2271-SBA<br><br>**STIPULATION AND ORDER FOR FILING AMENDED COMPLAINT** |

1  WHEREAS, Plaintiff filed a complaint in this action on April 25, 2007;

2  WHEREAS, during the case management conference held on September 19, 2007, the
3  parties discussed and contemplated that Plaintiff would be filing an amended complaint to add
4  claims against the United States pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq.
5  ("FTCA"), and to substitute in natural persons for DOE defendants when their true identies were
6  ascertained;

7  WHEREAS, Plaintiff filed a FTCA administrative claim with the Immigration and
8  Customs Enforcement ("ICE") agency and the United States Department of Homeland Security,
9  and the claim was denied on October 11, 2007;

10  WHEREAS, Plaintiff seeks to amend his original complaint to include causes of action
11  against the United States for false arrest and imprisonment and other relevant torts that arise out of
12  the same transactions and occurrences alleged in Plaintiff's original complaint and the denied
13  FTCA administrative claim;

14  WHEREAS, Plaintiff contends that he has discovered the true identities of DOE 1 and
15  DOE 2 based on Defendant Nancy Alcantar's Initial Disclosures and seeks to substitute John P.
16  Martinez into the action in place of DOE 1 and Defendant Gregory J. Williams in place of DOE 2;

17  WHEREAS, Plaintiff's filing of an amended complaint in the form of the Amended
18  Complaint attached hereto as Exhibit A will not delay compliance with any of the case
19  management deadlines already ordered by the Court;

20  WHEREAS, defendants shall have sixty (60) days to respond to Plaintiff's amended
21  complaint from the date of service;

22  //
23  //
24  //
25  //
26  //
27  //
28  //

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of records that Plaintiff may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file an amended complaint in the form of the Amended Complaint attached hereto as Exhibit A.

Respectfully submitted,

Dated: _____    COBLENTZ, PATCH, DUFFY & BASS, LLP

By: \_\_\_/s/ Katherine C. Zarate_____
    KATHERINE C. ZARATE
    Attorneys for KEBIN REYES, a minor, by and through his father and guardian, NOE REYES

Dated:_____    ASSISTANT UNITED STATES ATTORNEY

By: \_\_\_/s/ Edward Olsen_____
    EDWARD OLSEN
    Attorney for Defendant

**1**  **ORDER**

**2**  Based on the written stipulation of the parties and good cause appearing in support thereof,

**3**  Plaintiff may file an amended complaint in the form of the Amended Complaint attached hereto as

**4**  Exhibit A.

**5**

**6**  **IT IS SO ORDERED.**

**7**

DATED: November 16, 2007

**8**

**9**



**10**  United States District Judge

08561.023.737532v1                                4                                Case No. C07-2271-SBA

**STIPULATION AND [PROPOSED] ORDER FOR FILING AMENDED COMPLAINT**