UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEBIN REYES

    Plaintiff,

    v.

NANCY ALCANTAR, et al.,

    Defendants.

_____/

No. C-07-02271 SBA (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for February 27, 2008 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **March 7, 2008 at 9:00 a.m.**

On or before **February 26, 2008**, the parties shall submit directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 4, 2008

                                                _____
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge