**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: March 7, 2008          Time: 9:00 a.m. - 1:09 p.m.

Case No:  **C-**07-02271-SBA (EDL)

Case Name:  REYES **v.**  ALCANTAR

    Deputy Clerk: Frank Justiliano    Court Reporter: Debra Pas

    Attorneys:  Pltf: Howard Slavitt    Deft: Edward Olsen and Carol Lazzar
    Plaintiff: Noe Reyes    Defendants:  Nancy Alcantar
                                                       John Martinez
                                                       Gregory Williams

**PROCEEDINGS**

[X]   SETTLEMENT CONFERENCE - HELD.

    [x]   Case settled and settlement term stated on the record.

cc: chambers SBA & EDL