UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REYES, | ) | No. C07-02271 SBA |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| | ) | |
| ALCANTAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

IT IS SO ORDERED.

DATED: 3/11/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge