1  HOWARD A. SLAVITT (State Bar No. 172840) ef-has@cpdb.com,
   KATHERINE C. ZARATE (State Bar No. 214922) ef-kcz@cpdb.com
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California  94111-4213
   Tel. 415-391-4800 / Fax  415-989-1663
4
   ROBERT RUBIN (CA SBN 85084) rrubin@lccr.com
5  PHILIP HWANG (CA SBN 185070) phwang@lccr.com
   LAWYERS' COMMITTEE FOR CIVIL RIGHTS
6  131 Steuart Street, Suite 400
   San Francisco, CA 94105
7  Tel. 415-543-9444 / Fax  415-543-0296

8  JULIA HARUMI MASS (CA SBN 189649) jmass@aclunc.org
   ALAN L. SCHLOSSER (CA SBN 49957) aschlosser@aclunc.org
9  AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
   NORTHERN CALIFORNIA
10 39 Drumm Street
   San Francisco, CA 94111
11 Tel. 415-621-2493 / Fax  415-225-8437

12 LUCAS GUTTENTAG (CA SBN 90208) lguttentag@aclu.org
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
13 IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
14 San Francisco, CA 94111
   Tel. 415-343-0770 / Fax  415-395-0950
15
   Attorneys for KEBIN REYES, a minor, by and
16 through his father and guardian, NOE REYES

17               **UNITED STATES DISTRICT COURT**

18         **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

19 KEBIN REYES, a minor, by and through his      Case No. C07-2271-SBA
   father and guardian NOE REYES,
20                                               **STIPULATION AND ORDER VACATING**
                  Plaintiff,                     **ORDER OF DISMISSAL AND**
21                                               **REFERRING CASE TO MAGISTRATE**
            v.                                   **JUDGE LAPORTE FOR**
22                                               **DETERMINATION OF MOTION TO**
   NANCY ALCANTAR, San Francisco Field           **APPROVE THE COMPROMISE OF**
23 Office Director for Detention and Removal      **MINOR'S CLAIMS**
   Services, Immigration Customs Enforcement, in
24 her individual capacity; JOHN P. MARTINEZ,
   in his individual capacity; GREGORY J.
25 WILLIAMS in his individual capacity;
   UNITED STATES OF AMERICA, and DOES
26 3 through 50 inclusive,

27                  Defendant.

28 08561.023.737532v1                    1              Case No. C07-2271-SBA

**STIPULATION AND [PROPOSED] ORDER VACATING ORDER OF DISMISSAL AND REFERRING CASE
TO MAGISTRATE JUDGE LAPORTE FOR DETERMINATION OF MOTION TO APPROVE
THE COMPROMISE OF MINOR'S CLAIMS AND FOR ALL FURTHER PROCEEDINGS**

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California  94111-4213
415.391.4800 • Fax 415.989.1663

WHEREAS, plaintiff Kebin Reyes, a minor, filed a complaint in this action on April 25, 2007, and an amended complaint on November 19, 2007, and all defendants have answered the amended complaint;

WHEREAS, a settlement conference was held in this matter in front of Magistrate Judge Elizabeth Laporte on March 7, 2008, and all defendants, and plaintiff, through his guardian ad litem Noe Reyes, agreed to a settlement on the terms stated on the record;

WHEREAS, on March 11, 2008, the Court, ordered that the action and all claims be dismissed;

WHEREAS, the parties respectfully request that the Court vacate its March 11 Order Dismissing Action so that the Court may retain jurisdiction to consider a Motion to Approve the Compromise of Minor's Claims pursuant to California Code of Civil Procedure Section 372 and federal law;

WHEREAS, the parties respectfully request that this matter be referred to Magistrate Judge Elizabeth Laporte pursuant to 28 U.S.C. Section 636(c) to determine a Motion to Approve the Compromise of Minor's Claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that:

1.      The Court's March 11, 2008 Order Dismissing Action is vacated;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA  94111-4213
415.391.4800  •  FAX 415.989.1663

08561.023.737532v1

2

Case No. C07-2271-SBA

**STIPULATION AND [PROPOSED] ORDER VACATING ORDER OF DISMISSAL AND REFERRING CASE TO MAGISTRATE JUDGE LAPORTE FOR DETERMINATION OF MOTION TO APPROVE THE COMPROMISE OF MINOR'S CLAIMS AND FOR ALL FURTHER PROCEEDINGS**

2.     In accordance with the provisions of Title 28 U.S. C. Section 636(c), each of the undersigned parties hereby voluntarily consents to have Magistrate Judge Elizabeth Laporte determine a Motion to Approve the Compromise of Minor's Claims, and thereafter to order the entry of a final order of dismissal or judgment, as may be appropriate.

Agreed and respectfully submitted,

Dated:  March 17, 2008                    COBLENTZ, PATCH, DUFFY & BASS, LLP


By:  ___/s/ Howard A. Slavitt_____
     HOWARD A. SLAVITT
     Attorneys for KEBIN REYES, a minor, by and
     through his father and guardian, NOE REYES

Dated:  March 17, 2008                    ASSISTANT UNITED STATES ATTORNEY


By:  ___/s/ Edward Olsen_____
     EDWARD OLSEN
     Attorney for Defendants Nancy Alcantar,
     John P. Martinez, Gregory J. Williams, and the
     United States of America

08561.023.737532v1                              3                    Case No. C07-2271-SBA

**STIPULATION AND [PROPOSED] ORDER VACATING ORDER OF DISMISSAL AND REFERRING CASE TO MAGISTRATE JUDGE LAPORTE FOR DETERMINATION OF MOTION TO APPROVE THE COMPROMISE OF MINOR'S CLAIMS AND FOR ALL FURTHER PROCEEDINGS**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

## ORDER

Based on the written stipulation of the parties and good cause appearing in support thereof, it is hereby ordered that:

1.      The Court's March 11, 2008 Order Dismissing Action is vacated;

2.      In accordance with the provisions of Title 28 U.S.C. Section 636(c), Magistrate Judge Elizabeth Laporte shall determine a Motion to Approve the Compromise of Minor's Claims, and shall thereafter order the entry of an order of dismissal or judgment, as may be appropriate.

**IT IS SO ORDERED.**

DATED:  March 18, 2008

_____
United States District Judge

08561.023.737532v1               4             Case No. C07-2271-SBA

**STIPULATION AND [PROPOSED] ORDER VACATING ORDER OF DISMISSAL AND REFERRING CASE TO MAGISTRATE JUDGE LAPORTE FOR DETERMINATION OF MOTION TO APPROVE THE COMPROMISE OF MINOR'S CLAIMS AND FOR ALL FURTHER PROCEEDINGS**