HOWARD A. SLAVITT (State Bar No. 172840) ef-has@cpdb.com,
KATHERINE C. ZARATE (State Bar No. 214922) ef-kcz@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Tel.  415-391-4800 / Fax  415-989-1663

ROBERT RUBIN (CA SBN 85084) rrubin@lccr.com
PHILIP HWANG (CA SBN 185070) phwang@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel.  415-543-9444 / Fax  415-543-0296

JULIA HARUMI MASS (CA SBN 189649) jmass@aclunc.org
ALAN L. SCHLOSSER (CA SBN 49957) aschlosser@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel.  415-621-2493 / Fax  415-225-8437

LUCAS GUTTENTAG (CA SBN 90208) lguttentag@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel.  415-343-0770 / Fax  415-395-0950

Attorneys for KEBIN REYES, a minor, by and
through his father and guardian, NOE REYES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEBIN REYES, a minor, by and through his father and guardian NOE REYES, <br><br> Plaintiff, <br><br> v. <br><br> NANCY ALCANTAR, San Francisco Field Office Director for Detention and Removal Services, Immigration Customs Enforcement, in her individual capacity; JOHN P. MARTINEZ, in his individual capacity; GREGORY J. WILLIAMS in his individual capacity; UNITED STATES OF AMERICA, and DOES 3 through 50 inclusive, <br><br> Defendants. | Case No. C07-2271-SBA <br><br> **JOINT MOTION SEEKING APPROVAL OF SETTLEMENT, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

08561.023.880253v3

Case No. C07-2271-SBA

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1  Plaintiff Kebin Reyes, a minor, by and through his father and guardian, Noe Reyes, and

2  Defendants United States of America, Nancy Alcantar, Gregory J. Williams, and John P.

3  Martinez, jointly move to have the Court approve their settlement and enter an order establishing a

4  blocked custodial account.  This motion is based on this motion and memorandum of points and

5  authorities, the declaration of Katherine C. Zarate filed herewith and the pleadings and filings of

6  record in this case.

**DISCUSSION**

7

8  On March 7, 2008, the parties participated in a settlement conference in front of Magistrate

9  Judge Elizabeth Laporte.  After several hours of negotiations, the parties agreed to a settlement,

10  which was placed on the record.  The parties hereby seek approval of the attached Stipulation and

11  Agreement of Compromise and Settlement, which includes an order establishing a blocked

12  account and the conditions of withdrawal there from.  The order establishing a blocked account for

13  the settlement proceeds is appropriate because plaintiff, Kebin Reyes, is a minor.

14  At the settlement conference, and since, the parties have negotiated at arm's-length.  The

15  settlement was based on a discussion of the merits of plaintiff's claims, the likely defenses, the

16  probability of success, and a compromise that would compensate plaintiff for his alleged damages.

17  Counsel for plaintiff believes that this settlement is in the interests of plaintiff Kebin

18  Reyes, a minor, because, among other reasons:

19  1.  His father, who has acted as guardian ad litem throughout the litigation,

20  participated at the settlement conference; agreed to the settlement terms on the record at the

21  settlement conference; and has since approved of and signed the written settlement agreement.

22  2.  The settlement proceeds will benefit Kebin Reyes.  Of the $30,000 being paid to

23  settle the case, only $1,400 will be paid to plaintiff's counsel, Coblentz, Patch, Duffy & Bass LLP

24  as partial reimbursement for costs incurred on plaintiff's behalf in this proceeding.  The remainder

25  shall be deposited in an insured account in a financial institution consistent with the California

26  Probate Code, including Section 3611(b).  Absent further court order, the only funds that may be

27  withdrawn from the blocked account before Kebin's eighteenth birthday are either (a) to pay

28

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

08561.023.880253v3                    1                    Case No. C07-2271-SBA

**JOINT MOTION SEEKING APPROVAL OF SETTLEMENT, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

1  federal or state income taxes attributable to the settlement proceeds (*see* [Proposed] Order

2  Establishing Blocked Custodial Account and Conditions of Withdrawal Therefrom, attached as

3  Exh. B, hereto, ¶ 4 ), or (b) interest earned on the funds, which interest the custodian of the

4  account shall pay directly to Kebin Reyes or shall expend for Kebin's sole and exclusive benefit.

5  (*See* Exh. B at ¶ 5.)  The custodian is Noe Reyes, Kebin's father, who has acted as his guardian ad

6  litem in this litigation.

7        3.    The other principal consideration received by plaintiff under the settlement is that

8  plaintiff's father, Noe Reyes, shall receive a two-year period of deferred action status, subject to

9  biennial reviews for extension of such status, if a final order of removal is ultimately entered

10  against Noe Reyes.  (*See* Stipulation and Agreement of Compromise and Settlement, attached as

11  Exhibit A, hereto, ¶ 4.)  This will directly benefit Kebin Reyes because it means that Kebin can

12  continue to live in the United States and be educated here during the period of deferred action

13  status.  Even if Kebin's father is ultimately required to leave the United States (and Kebin leaves

14  with him), having been educated for several more years in the United States will make it easier for

15  Kebin, a United States citizen, to adjust to life here, if he later chooses to return to the United

16  States.

17        4.    The amount of costs requested for plaintiff's counsel, $1,400, is reasonable and

18  appropriate.  It is only a fraction of the out-of-pocket costs incurred by plaintiff's counsel.  The fee

19  agreement between plaintiff and plaintiff's counsel provided for the recovery of costs.  Also,

20  plaintiff's counsel did not receive any fees for the time expended on this litigation because it was a

21  *pro bono* engagement.  (Declaration of Katherine Zarate, ¶¶ 3-6.)

22        In light of the foregoing, the settlement protects Kebin Reyes' interests.  The parties jointly

23  request that the Court find that this settlement is a fair compromise of Kebin Reye's claims and

24  that it protects his interests as a minor, and that the Court approve the Settlement attached hereto

25  as Exhibit A and the [Proposed] Order Establishing Blocked Custodial Account attached hereto as

26  Exhibit B.

27  //

28

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**JOINT MOTION SEEKING APPROVAL OF SETTLEMENT, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1   //

2   //

3                                    Respectfully submitted,

4   Dated:  June 20, 2008            COBLENTZ, PATCH, DUFFY & BASS, LLP

5

6                                    By: _____/S/_____

7                                        HOWARD A. SLAVITT
                                         Attorneys for KEBIN REYES, a minor, by and
8                                        through his father and guardian, NOE REYES

9

10

11  Dated:  June 20, 2008            ASSISTANT UNITED STATES ATTORNEY

12

13                                   By: _____/S/_____

14                                       EDWARD OLSEN
                                         Attorney for Defendants Nancy Alcantar,
15                                       John P. Martinez, Gregory J. Williams, and the
                                         United States of America

16

17

18

19

20

21

22

23

24

25

26

27

28

08561.023.880253v3                    3                    Case No. C07-2271-SBA

**JOINT MOTION SEEKING APPROVAL OF SETTLEMENT, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Exhibit A

1  HOWARD A. SLAVITT (State Bar No. 172840) ef-has@cpdb.com,
   KATHERINE C. ZARATE (State Bar No. 214922) ef-kcz@cpdb.com
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, California 94111-4213
   Tel. 415-391-4800 / Fax 415-989-1663
4
   ROBERT RUBIN (CA SBN 85084) rrubin@lccr.com
5  PHILIP HWANG (CA SBN 185070) phwang@lccr.com
   LAWYERS' COMMITTEE FOR CIVIL RIGHTS
6  131 Steuart Street, Suite 400
   San Francisco, CA 94105
7  Tel. 415-543-9444 / Fax 415-543-0296
8  JULIA HARUMI MASS (CA SBN 189649) jmass@aclunc.org
   ALAN L. SCHLOSSER (CA SBN 49957) aschlosser@aclunc.org
9  AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
   NORTHERN CALIFORNIA
10 39 Drumm Street
   San Francisco, CA 94111
11 Tel. 415-621-2493 / Fax 415-225-8437
12 LUCAS GUTTENTAG (CA SBN 90208) lguttentag@aclu.org
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
13 IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
14 San Francisco, CA 94111
   Tel. 415-343-0770 / Fax 415-395-0950
15
   Attorneys for KEBIN REYES, a minor, by and
16 through his father and guardian, NOE REYES

17                    **UNITED STATES DISTRICT COURT**

18  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

19 KEBIN REYES, a minor, by and through his        Case No. C07-2271-SBA
   father and guardian NOE REYES,
20                                                  **STIPULATION AND AGREEMENT OF**
                   Plaintiff,                       **COMPROMISE AND SETTLEMENT;**
21                                                  **AND [PROPOSED] ORDER**
        v.
22
   NANCY ALCANTAR, San Francisco Field
23 Office Director for Detention and Removal
   Services, Immigration Customs Enforcement, in
24 her individual capacity; JOHN P. MARTINEZ,
   in his individual capacity; GREGORY J.
25 WILLIAMS in his individual capacity;
   UNITED STATES OF AMERICA, and DOES
26 3 through 50 inclusive,

27                   Defendants.

28

08561.023 862783v2                                          Case No. C07-2271-SBA

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; AND [PROPOSED] ORDER

*(left margin, vertical text)* COBLENTZ, PATCH, DUFFY & BASS LLP · ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213 · 415.391.4800 · FAX 415.989.1663

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1       IT IS HEREBY STIPULATED by and between Plaintiff Kebin Reyes, a minor, by and

2  through his father and guardian, Noe Reyes, and Defendants United States of America, Nancy

3  Alcantar, Gregory J. Williams, and John P. Martinez, by and through their respective attorneys as

4  follows:

5       1.     The parties do hereby agree to settle and compromise the above-entitled action

6  under the terms and conditions set forth herein.

7       2.     The plaintiff agrees to voluntarily dismiss his claims in the above-captioned action

8  against NANCY ALCANTAR, GREGORY J. WILLIAMS, and JOHN P. MARTINEZ with

9  prejudice pursuant to Federal Rule of Civil Procedure 41(a).

10       3.     The United States of America agrees to pay to Plaintiff the sum of Thirty Thousand

11  Dollars and no cents ($30,000.00) under the terms and conditions set forth herein.

12       4.     The United States of America further agrees that, if a final order of removal is

13  ultimately entered against Noe Reyes, the United States Immigration and Customs Enforcement

14  will favorably grant him a request for a two-year period of deferred action status, subject to

15  biennial reviews for extension of such status.  As an alien in deferred action status, Noe Reyes

16  may be granted employment authorization, upon application.  While he has deferred action status,

17  the United States of America will not seek to remove or detain Noe Reyes for any immigration or

18  removal-related purposes, unless he engages in criminal activity that would subject him to another

19  ground of removability under the Immigration and Nationality Act.  The deferred action status will

20  not accord any rights to permanent residence.

21       5.     The plaintiff and his heirs, executors, administrators, assigns and attorneys hereby

22  agree to accept the sum of Thirty Thousand Dollars and no cents ($30,000) as well as the

23  provision regarding deferred action specified in Paragraph Four, in full settlement and satisfaction

24  of the claims raised in this action against the United States under the terms and conditions set forth

25  herein.

26       6.     It is also agreed, by and among the parties, that the settlement amount of Thirty

27  Thousand Dollars and no cents ($30,000) represents the entire amount payable to plaintiff and his

28  heirs, executors, administrators, assigns and attorneys.

08561.023.862783v2           1           Case No. C07-2271-SBA

**STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; AND [PROPOSED] ORDER**

7.      It is also agreed, by and among the parties, that the settlement amount of Thirty Thousand Dollars and no cents ($30,000) shall be made payable to Coblentz, Patch, Duffy & Bass LLP Client Trust Account.   The check will be mailed to the plaintiff's attorney at the following address:  Howard Slavitt, Esq., Coblentz, Patch, Duffy & Bass, One Ferry Building, Suite 200, San Francisco, California 94111.  Of the $30,000, One Thousand Four Hundred Dollars and no cents ($1,400) shall be paid to Coblentz, Patch, Duffy & Bass, LLP as partial reimbursement for costs incurred on plaintiff's behalf in this proceeding.  The remainder of $28,600 shall be deposited in an insured account in a financial institution as set forth in Exhibit A, hereto.

8.      It is also agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses, and that any attorney's fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

9.      It is also understood by and among the parties that, pursuant to Title 28, United States Code, Section 2678, attorneys' fees for services rendered in connection with this action shall not exceed 25 percent of the amount of the compromise settlement.

10.      The persons signing this Settlement Agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

11.      This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, its agencies, agents, servants, or employees, and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

12.      In consideration of the payment of Thirty Thousand Dollars and no cents ($30,000) as well as the provision regarding deferred action specified in Paragraph Four, the plaintiff releases and forever discharges the defendants, and any and all of their past and present agencies, officials, employees, agents, attorneys, successors, and assigns from any and all obligations, damages, liabilities, causes of action, claims, and demands of any kind and nature whatsoever, whether suspected or unsuspected, arising in law or equity, arising from or by reason of any and all known, unknown, foreseen, or unforeseen injuries, and the consequences thereof, resulting

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1  from the facts, circumstances and subject matter that gave rise to this action, including all claims

2  under the Federal Tort Claims Act (FTCA), all constitutional or *Bivens* claims, any other claim

3  relating to the events on March 6, 2007, and all claims relating to the prosecution and defense of

4  this action.

5        13.    In consideration of the dismissal with prejudice, the release in Paragraph Twelve,

6  and the other terms of this Settlement Agreement, each of the defendants releases and forever

7  discharges plaintiff, and any and all of his past and present employees, agents, parents, guardians

8  ad litem, attorneys, successors, and assigns from any and all obligations, damages, liabilities,

9  causes of action, claims, and demands of any kind and nature whatsoever, whether suspected or

10  unsuspected, arising in law or equity, arising from or by reason of any and all known, unknown,

11  foreseen, or unforeseen injuries, and the consequences thereof, resulting from the facts,

12  circumstances and subject matter that gave rise to this action, including all claims under the

13  Federal Tort Claims Act (FTCA), all constitutional or *Bivens* claims, any other claim relating to

14  the events on March 6, 2007, and all claims relating to the prosecution and defense of this action.

15        14.    The provisions of California Civil Code Section 1542 are set forth below:

16          "A general release does not extend to claims which the creditor does
        not know or suspect to exist in his favor at the time of executing the

17          release, which if known by him must have materially affected his
        settlement with the debtor."

18

19  The plaintiff and each of defendants having been apprised of the statutory language of California

20  Civil Code Section 1542 by his, her or its attorneys, and fully understanding the same,

21  nevertheless elects to waive the benefits of any and all rights he, she or it may have pursuant to the

22  provision of that statute and any similar provision of federal law.  Plaintiff and each of defendants

23  understands that, if the facts concerning plaintiff's injuries and the liability of the government or

24  any of defendants for damages pertaining thereto are found hereinafter to be other than or different

25  from the facts now believed by them to be true, the Agreement shall be and remain effective

26  notwithstanding such material difference.

27        15.    This Agreement may be pled as a full and complete defense to any subsequent

28  action or other proceeding involving any person or party which arises out of the claims released

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800   FAX 415.989.1663

1    and discharged by the Agreement.

2        16.     In consideration of this Agreement and the payment of the foregoing amount

3    thereunder, Plaintiff agrees that his counsel will immediately upon execution of this agreement,

4    execute a Stipulation of Dismissal, which stipulation shall dismiss, with prejudice, all claims

5    asserted in this action or any claims that could have been asserted in this action, which is

6    captioned *Reyes v. Alcantar, et al.*, C-07-2271-SBA. This fully executed Stipulation of Dismissal

7    will be held by counsel for the defendants. It will not be filed with the Court until receipt by

8    plaintiff's counsel of the settlement amount.

9        17.     Plaintiff has been informed that, although it is expected that payment will be made

10    within 120 days, it may take more than 120 days to process.

11        18.     The parties agree that should any dispute arise with respect to the implementation

12    of the terms of this Agreement, Plaintiff shall not seek to rescind the Agreement and pursue his

13    original causes of action. Plaintiff's sole remedy in such a dispute is an action to enforce the

14    Agreement in district court. The parties agree that the District Court of the Northern District of

15    California will retain and shall have jurisdiction over this matter for the purposes of resolving any

16    dispute alleging a breach of this Agreement.

17        19.     Each of the parties acknowledges that they have been represented by and have

18    relied upon independent counsel in negotiating, preparing and entering into this agreement and

19    they have had the contents of this agreement fully explained by counsel and that they are fully

20    aware of and understand all of the terms of the agreement and the legal consequences thereof. It is

21    further acknowledged that the parties have mutually participated in the drafting of this agreement

22    and it is agreed that no provision herein shall be construed against any party hereto by virtue of the

23    drafting of this agreement.

24        20.     If any provision of this agreement shall be held invalid, illegal, or unenforceable,

25    the validity, legality, and enforceability of the remaining provisions shall not in any way be

26    affected or impaired thereby.

27        21.     This agreement shall constitute the entire agreement between the parties, and it is

28    expressly understood that this agreement has been freely and voluntarily entered into by the parties

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1   hereto with the advice of counsel, who have explained the legal effect of this agreement.  The

2   parties further acknowledge that no warranties or representations have been made on any subject

3   other than as set forth in this agreement.

4        22.     The parties agree that this Stipulation and Agreement of Compromise and

5   Settlement may be made public in its entirety, and plaintiff expressly consents to such release and

6   disclosure pursuant to 5 U.S.C. § 522a(b).

7        23.     This agreement may not be altered, modified or otherwise changed in any respect

8   except in writing, duly executed by all of the parties or their authorized representatives.

9   Dated:  May 23, 2008

                          *Kebin Reyes - N.A.R*

10                            KEBIN REYES

                          Plaintiff, a minor, by and through his father

11                            and guardian ad litem, Noe Reyes

12  Dated:  May 23, 2008

                          *Noe A. Reyes*

13                            NOE REYES

14                            Plaintiff's Father

15  Dated:  May __, 2008

16                            NANCY ALCANTAR

17  Dated:  May __, 2008

18                            JOHN P. MARTINEZ

19  Dated:  May __, 2008

20                            GREGORY J. WILLIAMS

21  Dated:  May __, 2008

22

23                            UNITED STATES OF AMERICA by and

24                            through, JOSEPH P. RUSSONIELLO
                          United States Attorney, EDWARD A. OLSEN

25                            Assistant United States Attorney

26  ///

27  ///

28  ///

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; AND [PROPOSED] ORDER

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1   hereto with the advice of counsel, who have explained the legal effect of this agreement. The

2   parties further acknowledge that no warranties or representations have been made on any subject

3   other than as set forth in this agreement.

4         22.    The parties agree that this Stipulation and Agreement of Compromise and

5   Settlement may be made public in its entirety, and plaintiff expressly consents to such release and

6   disclosure pursuant to 5 U.S.C. § 522a(b).

7         23.    This agreement may not be altered, modified or otherwise changed in any respect

8   except in writing, duly executed by all of the parties or their authorized representatives.

9   Dated: May ___, 2008

10                                    _____
                                      KEBIN REYES
11                                    Plaintiff, a minor, by and through his father
                                      and guardian ad litem, Noe Reyes

12  Dated: May ___, 2008

13                                    _____
                                      NOE REYES
14                                    Plaintiff's Father

15  Dated: May 27, 2008

16                                    _____Alcantar_____
                                      NANCY ALCANTAR

17  Dated: May ___, 2008

18                                    _____
                                      JOHN P. MARTINEZ
19
20  Dated: May ___, 2008

21                                    _____
                                      GREGORY J. WILLIAMS
22  Dated: May ___, 2008

23                                    _____
                                      UNITED STATES OF AMERICA by and
24                                    through, JOSEPH P. RUSSONIELLO
                                      United States Attorney, EDWARD A. OLSEN
25                                    Assistant United States Attorney

26  Approved as to form:

27  Dated: May ___, 2008

28                                    _____

08561.023 862783v2                    5                    Case No. C07-2271-SBA
STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; AND [PROPOSED] ORDER

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415 391 4800 · FAX 415 989 1663

1   hereto with the advice of counsel, who have explained the legal effect of this agreement. The

2   parties further acknowledge that no warranties or representations have been made on any subject

3   other than as set forth in this agreement.

4       22.   The parties agree that this Stipulation and Agreement of Compromise and

5   Settlement may be made public in its entirety, and plaintiff expressly consents to such release and

6   disclosure pursuant to 5 U.S.C. § 522a(b).

7       23.   This agreement may not be altered, modified or otherwise changed in any respect

8   except in writing, duly executed by all of the parties or their authorized representatives.

9   Dated: May __, 2008

10                                 KEBIN REYES

                               Plaintiff, a minor, by and through his father

11                                 and guardian ad litem, Noe Reyes

12  Dated: May __, 2008

13                                 NOE REYES

14                                 Plaintiff's Father

15  Dated: May __, 2008

16                                 NANCY ALCANTAR

17  Dated: May 27, 2008

18                                 JOHN P. MARTINEZ

19  Dated: May __, 2008

20                                 GREGORY J. WILLIAMS

21  

22  Dated: May __, 2008

23                                 UNITED STATES OF AMERICA by and

                               through, JOSEPH P. RUSSONIELLO

24                                 United States Attorney, EDWARD A. OLSEN

                               Assistant United States Attorney

25  

26  <u>Approved as to form:</u>

27  Dated: May __, 2008

28  

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; AND [PROPOSED] ORDER

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415 989.1663

1   hereto with the advice of counsel, who have explained the legal effect of this agreement.  The

2   parties further acknowledge that no warranties or representations have been made on any subject

3   other than as set forth in this agreement.

4          22.    The parties agree that this Stipulation and Agreement of Compromise and

5   Settlement may be made public in its entirety, and plaintiff expressly consents to such release and

6   disclosure pursuant to 5 U.S.C. § 522a(b).

7          23.    This agreement may not be altered, modified or otherwise changed in any respect

8   except in writing, duly executed by all of the parties or their authorized representatives.

9   Dated:  May ___, 2008

10                                          _____
                                            KEBIN REYES
11                                          Plaintiff, a minor, by and through his father
                                            and guardian ad litem, Noe Reyes
12  Dated:  May ___, 2008

13                                          _____
                                            NOE REYES
14                                          Plaintiff's Father

15  Dated:  May ___, 2008

16                                          _____
                                            NANCY ALCANTAR
17
18  Dated:  May ___, 2008

19                                          _____
                                            JOHN P. MARTINEZ
20  Dated:  May 20, 2008

21                                          _____
                                            GREGORY J. WILLIAMS
22  Dated:  May ___, 2008

23                                          _____
                                            UNITED STATES OF AMERICA by and
24                                          through, JOSEPH P. RUSSONIELLO
                                            United States Attorney, EDWARD A. OLSEN
25                                          Assistant United States Attorney

26  Approved as to form:

27  Dated:  May ___, 2008

28                                          _____

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1  hereto with the advice of counsel, who have explained the legal effect of this agreement.  The

2  parties further acknowledge that no warranties or representations have been made on any subject

3  other than as set forth in this agreement.

4      22.    The parties agree that this Stipulation and Agreement of Compromise and

5  Settlement may be made public in its entirety, and plaintiff expressly consents to such release and

6  disclosure pursuant to 5 U.S.C. § 522a(b).

7      23.    This agreement may not be altered, modified or otherwise changed in any respect

8  except in writing, duly executed by all of the parties or their authorized representatives.

9  Dated:  May __, 2008

10

11                                             KEBIN REYES
   Plaintiff, a minor, by and through his father
   and guardian ad litem, Noe Reyes

12 Dated:  May __, 2008

13

14                                             NOE REYES
   Plaintiff's Father

15

16 Dated:  May __, 2008

17

18                                             NANCY ALCANTAR

19 Dated:  May __, 2008

20                                             JOHN P. MARTINEZ

21 Dated:  May __, 2008

22                                             GREGORY J. WILLIAMS

23

24                                             UNITED STATES OF AMERICA by and
   through, JOSEPH P. RUSSONIELLO
   United States Attorney, EDWARD A. OLSEN

25                                             Assistant United States Attorney

26 **Approved as to form:**

27 Dated:  May __, 2008

28

*Coblentz, Patch, Duffy & Bass LLP*
*One Ferry Building, Suite 200, San Francisco, California  94111-4213*
*415.391.4800  ·  Fax 415.989.1663*

08561.023.862783v2

5

Case No. C07-2271-SBA

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; AND [PROPOSED] ORDER

**Approved as to form:**

Dated: May 23__, 2008

_____
HOWARD SLAVITT
Attorneys for Plaintiff

## **[PROPOSED] ORDER**

APPROVED AND SO ORDERED.

Dated:                                    _____
                                          ELIZABETH D. LAPORTE
                                          United States District Court Magistrate Judge

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

08561.023 862783v2                          6                        Case No. C07-2271-SBA

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; AND [PROPOSED] ORDER

Exhibit B

HOWARD A. SLAVITT (State Bar No. 172840) ef-has@cpdb.com,
KATHERINE C. ZARATE (State Bar No. 214922) ef-kcz@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Tel.  415-391-4800 / Fax  415-989-1663

ROBERT RUBIN (CA SBN 85084) rrubin@lccr.com
PHILIP HWANG (CA SBN 185070) phwang@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel.  415-543-9444 / Fax  415-543-0296

JULIA HARUMI MASS (CA SBN 189649) jmass@aclunc.org
ALAN L. SCHLOSSER (CA SBN 49957) aschlosser@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel.  415-621-2493 / Fax  415-225-8437

LUCAS GUTTENTAG (CA SBN 90208) lguttentag@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel.  415-343-0770 / Fax  415-395-0950

Attorneys for KEBIN REYES, a minor, by and
through his father and guardian, NOE REYES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEBIN REYES, a minor, by and through his father and guardian NOE REYES, <br><br>     Plaintiff, <br><br>     v. <br><br> NANCY ALCANTAR, San Francisco Field Office Director for Detention and Removal Services, Immigration Customs Enforcement, in her individual capacity; JOHN P. MARTINEZ, in his individual capacity; GREGORY J. WILLIAMS in his individual capacity; UNITED STATES OF AMERICA, and DOES 3 through 50 inclusive, <br><br>     Defendant. | Case No. C07-2271-SBA <br><br> **[PROPOSED] ORDER ESTABLISHING BLOCKED CUSTODIAL ACCOUNT AND CONDITIONS OF WITHDRAWAL THEREFROM** |

Case No. C07-2271-SBA

[PROPOSED] ORDER ESTABLISHING BLOCKED ACCOUNT AND CONDITIONS OF WITHDRAWAL
THEREFROM

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1      Good cause appearing to set up a blocked custodial account for Kebin Reyes, a minor, to

2  provide for certain amounts to be disbursed on a monthly basis to his father and guardian, Noe

3  Reyes, to expend for Kebin's benefit, and to permit Kebin Reyes to withdraw as much of the

4  remaining balance as he may elect at any time after the date of his eighteenth birthday, it is hereby

5  ORDERED that:

6      1.     The law firm of Coblentz, Patch, Duffy & Bass LLP, as attorneys for Plaintiff

7  Kebin Reyes, is authorized and directed to distribute the settlement proceeds initially payable to

8  and deposited in its client trust account, on behalf of Plaintiff, in the amount of $28,600 to

9  establish a blocked custodial account under California Probate Code Section 3611(b), for the sole

10  benefit of Kebin Reyes (the "Blocked Custodial Account").  The Blocked Custodial Account shall

11  be established in a reasonably expeditious manner after such funds are received by Coblentz,

12  Patch, Duffy & Bass LLP and shall be an insured account at a financial institution in this state.

13      2.     Noe Reyes, the father and legal guardian of Kebin Reyes, shall be named as the

14  initial Custodian for the Blocked Custodial Account with the power to name his successor

15  Custodian to serve in the event he is no longer able to do so.  The funds deposited into the Blocked

16  Custodial Account shall be subject to withdrawal only upon the conditions specified in this Order,

17  as set forth below, or by further order of a California state court; provided, however, that Noe

18  Reyes, as Custodian, shall have the authority to manage and invest the assets of such account,

19  either directly or indirectly, in accordance with the standards set forth in California Probate Code

20  Sections 2570 – 2574 and the prudent person standard for investment of custodial funds.

21      3.     Pursuant to California Probate Code Section 3611(b), Noe Reyes, the father and

22  legal guardian of Kebin Reyes, is authorized and instructed to open an insured custodial account

23  for the benefit of Kebin Reyes (the "Non-Blocked Custodial Account") as soon as practical after

24  the Blocked Custodial Account is established.  The Non-Blocked Custodial Account shall be an

25  insured account established and maintained at the same financial institution that maintains custody

26  of the Blocked Custodial Account.  Noe Reyes shall be named as the initial Custodian for the

27  Non-Blocked Custodial Account with the power to name his successor Custodian to serve in the

28

[PROPOSED] ORDER ESTABLISHING BLOCKED ACCOUNT AND CONDITIONS OF WITHDRAWAL THEREFROM

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1   event he is no longer able to do so.  The funds deposited into  the Non-Blocked Custodial Account

2   shall be subject to withdrawal only upon the conditions specified in this Order, as set forth below,

3   or by further order of a state court.

4       4.      Noe Reyes, as Custodian of the Blocked Custodial Account, may request the

5   following withdrawals:  (i) a withdrawal from the Blocked Custodial Account, not to exceed the

6   aggregate sum of Six Thousand Dollars ($6,000), for the sole and specific purpose of paying

7   federal and state income taxes on the taxable income attributable to the award of the

8   settlement proceeds to Plaintiff Kebin Reyes for the year in which the settlement proceeds are paid

9   by the United States of America, without further court order; and (ii) a withdrawal from the

10  Blocked Custodial Account, not to exceed the aggregate sum of One Thousand Dollars ($1,000)

11  each year in which such withdrawal may be made as specified below, for the sole and specific

12  purpose of paying federal and state income taxes on the taxable income attributable to Blocked

13  Custodial Account for each tax year following the year in which the United States of America

14  pays the settlement proceeds, without further court order.  All such funds shall be disbursed by the

15  financial institution having custody of such account in the form of cashier's or certified checks

16  issued by said institution and made payable directly to the taxing authorities, namely, the United

17  States Treasury and the appropriate state taxing authority.  Such checks shall be issued in the

18  relative amounts requested by the Custodian, Noe Reyes.

19      5.      Upon the establishment of the accounts described in this Order and continuing until

20  the earlier of the (i) disbursement of all funds deposited into the Blocked Custodial Account or (ii)

21  termination of the Blocked and Non-Blocked Custodial Accounts as set forth below, the financial

22  institution that maintains custody of such accounts shall initiate a transfer from the Blocked

23  Custodial Account to the Non-Blocked Custodial Account of the amount of interest earned on the

24  Blocked Custodial Account assets that are held in any Time Account, at such time that said

25  interest is earned.  Noe Reyes, as Custodian for the Non-Blocked Custodial Account, may

26  withdraw the entire balance of the Non-Blocked Custodial Account at any time, without further

27  court order, provided that Noe Reyes deliver or pay said funds directly to Kebin Reyes, or expend

28

[PROPOSED] ORDER ESTABLISHING BLOCKED ACCOUNT AND CONDITIONS OF WITHDRAWAL
THEREFROM

1  said funds for Kebin Reyes' sole and exclusive benefit, consistent with California Probate Code

2  Section 3914.

3        6.      Noe Reyes, as Custodian of the accounts described above, is hereby ordered and

4  directed to inform Kebin Reyes, no later than the date of Kebin Reyes' eighteenth (18th) birthday,

5  of the existence of the above accounts and of Kebin Reyes' right to withdraw the funds remaining

6  therein.

7        7.      Upon the date of Kebin Reyes' eighteenth (18th) birthday, the financial institution

8  that maintains custody of the Blocked Custodial Account and the Non-Blocked Custodial Account

9  may distribute to Kebin Reyes the entire remaining balance of the Blocked Custodial Account and

10  the Non-Blocked Custodial Account, without further court order.  The Blocked Custodial Account

11  and the Non-Blocked Custodial Account shall terminate after the remaining balances of both

12  accounts are distributed to Kebin Reyes following the date of his eighteenth (18th) birthday,

13  or sooner by further court order.

14        IT IS SO ORDERED.

15

16  Dated: _____

                                   _____

17                                     ELIZABETH D. LAPORTE

18  08561.023.844118v8                         United States District Court Magistrate Judge

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ESTABLISHING BLOCKED ACCOUNT AND CONDITIONS OF WITHDRAWAL
THEREFROM

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663