HOWARD A. SLAVITT (State Bar No. 172840) ef-has@cpdb.com,
KATHERINE C. ZARATE (State Bar No. 214922) ef-kcz@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Tel. 415-391-4800 / Fax 415-989-1663

ROBERT RUBIN (CA SBN 85084) rrubin@lccr.com
PHILIP HWANG (CA SBN 185070) phwang@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel. 415-543-9444 / Fax 415-543-0296

JULIA HARUMI MASS (CA SBN 189649) jmass@aclunc.org
ALAN L. SCHLOSSER (CA SBN 49957) aschlosser@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel. 415-621-2493 / Fax 415-225-8437

LUCAS GUTTENTAG (CA SBN 90208) lguttentag@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel. 415-343-0770 / Fax 415-395-0950

Attorneys for KEBIN REYES, a minor, by and
through his father and guardian, NOE REYES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEBIN REYES, a minor, by and through his father and guardian NOE REYES,<br><br>Plaintiff,<br><br>v.<br><br>NANCY ALCANTAR, San Francisco Field Office Director for Detention and Removal Services, Immigration Customs Enforcement, in her individual capacity; JOHN P. MARTINEZ, in his individual capacity; GREGORY J. WILLIAMS in his individual capacity; UNITED STATES OF AMERICA, and DOES 3 through 50 inclusive,<br><br>Defendants. | Case No. C07-2271-SBA<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [FRCP 41(a)]** |

1  Pursuant to Federal Rule 41(a), plaintiff KEBIN REYES, a minor, by and through his
2  father and guardian, NOE REYES, dismisses <u>with prejudice</u> the entire action in the above-
3  captioned matter, with each party to bear its own costs.
4  All of the parties to this action STIPULATE to this dismissal.

5
6  Dated: September 15, 2008         COBLENTZ, PATCH, DUFFY & BASS, LLP

7
8  By: _____/S/_____
   HOWARD A. SLAVITT
   Attorneys for KEBIN REYES, a minor, by and
9  through his father and guardian, NOE REYES

10
11  Dated: September 15, 2008         ASSISTANT UNITED STATES ATTORNEY

12
13  By: _____/S/_____
    EDWARD OLSEN
14  Attorney for Defendants Nancy Alcantar,
    John P. Martinez, Gregory J. Williams, and the
15  United States of America

16  **IT IS SO ORDERED.**
17
18  Dated: September 16, 2008         By: _____



19
20
21
22
23
24
25
26
27
28